CENTRAL HANOVER BANK AND TRUST COMPANY, Respondent, *v.* NATIONAL SURETY CORPORATION, Appellant.

Argued May 18, 1937; decided June 1, 1937.

*Samuel R. Feller, Benjamin Levin* and *Leo H. Hirsch, Jr.,* for appellant.

*Francis D. Higson* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.